NUMBER 13-11-00336-CV

 

COURT OF APPEALS

 

THIRTEENTH DISTRICT OF TEXAS

 

CORPUS CHRISTI - EDINBURG

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



IN RE ALLENA LARUE GUERRA

 

 



On Petition for Writ of Mandamus.

 

 



MEMORANDUM OPINION

 

Before Chief Justice Valdez and Justices Rodriguez
and Benavides

Memorandum
Opinion Per Curiam [1]

Relator, Allena Larue Guerra, filed
a petition for writ of mandamus in the above cause on May 26, 2011, seeking to
compel the trial court to set, hear, and rule on her request for temporary
orders in the underlying suit for modification of orders pertaining to the
parent-child relationship.  The Court, having examined and fully considered the
petition for writ of mandamus, is of the opinion that relator has not shown herself
entitled to the relief sought.  Accordingly, the petition for writ of mandamus
is DENIED.  See id. 52.8(a).  

                                                                                                            PER
CURIAM

Delivered and filed the

31st day of May, 2011.









[1] See Tex.
R. App. P. 52.8(d) (“When denying relief, the court may hand down an
opinion but is not required to do so.”); Tex.
R. App. P. 47.4 (distinguishing opinions and memorandum opinions).